

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:  01-12-01167-CV

Trial Court Cause
Number:  12-28760

Style:  The Board of Trustees of the Houston Firefighters' Relief and Retirement Fund, Appellant

v. The City of Houston, Texas, Appellee

Date motion filed*:  February 9, 2015

Type of motion:  Unopposed Motion for Extension of Time to File Motions for Rehearing and En Banc Reconsideration

Party filing motion:  Appellee

Document to be filed:  Motion for Rehearing and/or Motion for En Banc Reconsideration

Is appeal accelerated? ☒ Yes    ☐ No

If motion to extend time:

    Original due date:  February 11, 2015

    Number of previous extensions granted:  0

    Date Requested:  March 13, 2015

Ordered that motion is:

    ☒  Granted

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Harvey Brown
          ☒ Acting individually    ☐ Acting for the Court

Panel consists of Justices Jennings and Brown

Date:  February 10, 2015